# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Denise R. Rooks<br>&<br>John A. Rooks,Sr.<br><br>              Debtors | CHAPTER 13<br><br>BKY. NO. 19-12356 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322