## Earnings Statement

**Brad & Kim Dalrymple, Inc.**

2700 Belvidere Road
Phillipsburg, NJ 08865

Denise Rooks
2336 Front Street
Easton, PA 18042

Period Start: 01/01/2019
Period End: 01/15/2019
Pay Date: 01/25/2019
Federal W/H: M-S-0
State W/H: NJ-MJ-0
Employee ID: 120587

Company Phone: 908-859-3215

### Earnings - Semi-monthly          FEIN: 222799226

| Type | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Taxable | | | | |
| Regular | 36.00 | $19.00 | $684.00 | $684.00 |
| Taxable Sub Totals | 36.00 | | $684.00 | $684.00 |

### Regular Hours Detail

| Hour Type | Hours |
|---|---|
| Regular | 36.00 |
| Total | 36.00 |

### Extra Pay Details

| Type | Reference Code | Note | Current | YTD |
|---|---|---|---|---|
| Totals | | | $0.00 | $0.00 |

### Taxes                              State ID: 222-799-226/000

| Type | Current Pay Period Tax | Current Pay Period Wage | Year-to-Date Tax | Year-to-Date Wage |
|---|---|---|---|---|
| Federal | $55.00 | $684.00 | $55.00 | $684.00 |
| Social Security | $42.41 | $684.00 | $42.41 | $684.00 |
| Medicare | $9.92 | $684.00 | $9.92 | $684.00 |
| State (NJ) | $10.26 | $684.00 | $10.26 | $684.00 |
| NJ-FLI-EE | $0.55 | $684.00 | $0.55 | $684.00 |
| NJ-SDI-EE | $1.16 | $684.00 | $1.16 | $684.00 |
| NJ-UIWF-EE | $2.91 | $684.00 | $2.91 | $684.00 |
| PA-Wilson EIT | $6.84 | $684.00 | $6.84 | $684.00 |
| Totals | $129.05 | | $129.05 | |

### Deductions

| Type | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|
| Totals | $0.00 | $0.00 | $0.00 | $0.00 |

### Hour Benefits

| Type | Account Number | Calculation | Amount |
|---|---|---|---|
| Direct Deposit | XXXXXX8224 | Balance | $554.95 |
| | | NET | $554.95 |

Powered By: TRAXPayroll.com          Pay Code: 1441-163913-2304-294636-4485395          1/17/2019

Please note: Deposit reversals cannot be performed on pay cards

## Earnings Statement

**Brad & Kim Dalrymple, Inc.**

2700 Belvidere Road
Phillipsburg, NJ 08865

Denise Rooks
2336 Front Street
Easton, PA 18042

Period Start: 01/16/2019
Period End: 01/31/2019
Pay Date: 02/08/2019
Federal W/H: M-S-0
State W/H: NJ-MJ-0
Employee ID: 120587

Company Phone: 908-859-3215

### Earnings - Semi-monthly    FEIN: 222799226

| Type | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Taxable | | | | |
| Regular | 40.00 | $19.00 | $760.00 | $1,444.00 |
| Taxable Sub Totals | 40.00 | | $760.00 | $1,444.00 |

### Regular Hours Detail

| Hour Type | Hours |
|---|---|
| Regular | 40.00 |
| Total | 40.00 |

### Extra Pay Details

| Type | Reference Code | Note | Current | YTD |
|---|---|---|---|---|
| | | Totals | $0.00 | $0.00 |

### Taxes                                                                       State ID: 222-799-226/000

| Type | Current Pay Period Tax | Current Pay Period Wage | Year-to-Date Tax | Year-to-Date Wage |
|---|---|---|---|---|
| Federal | $64.12 | $760.00 | $119.12 | $1,444.00 |
| Social Security | $47.12 | $760.00 | $89.53 | $1,444.00 |
| Medicare | $11.02 | $760.00 | $20.94 | $1,444.00 |
| State (NJ) | $11.40 | $760.00 | $21.66 | $1,444.00 |
| NJ-FLI-EE | $0.61 | $760.00 | $1.16 | $1,444.00 |
| NJ-SDI-EE | $1.29 | $760.00 | $2.45 | $1,444.00 |
| NJ-UIWF-EE | $3.23 | $760.00 | $6.14 | $1,444.00 |
| PA-Wilson EIT | $7.60 | $760.00 | $14.44 | $1,444.00 |
| Totals | $146.39 | | $275.44 | |

### Deductions

| Type | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|
| Totals | $0.00 | $0.00 | $0.00 | $0.00 |

### Hour Benefits

| Type | Account Number | Calculation | Amount |
|---|---|---|---|
| Direct Deposit | XXXXXX8224 | Balance | $613.61 |
| | | NET | $613.61 |

Powered By: TRAXPayroll.com        Pay Code: 1441-163913-2304-294637-4555805        2/5/2019

Please note: Deposit reversals cannot be performed on pay cards

## Earnings Statement

**Brad & Kim Dalrymple, Inc.**

2700 Belvidere Road
Phillipsburg, NJ 08865

**Denise Rooks**
2336 Front Street
Easton, PA 18042

Period Start: 02/01/2019
Period End: 02/15/2019
Pay Date: 02/25/2019
Federal W/H: M-S-0
State W/H: NJ-MJ-0
Employee ID: 120587

Company Phone: 908-859-3215

### Earnings - Semi-monthly                    FEIN: 222799226

### Regular Hours Detail

| Type | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Taxable | | | | |
| Regular | 20.00 | $19.00 | $380.00 | $1,824.00 |
| Taxable Sub Totals | 20.00 | | $380.00 | $1,824.00 |

| Hour Type | Hours |
|---|---|
| Regular | 20.00 |
| Total | 20.00 |

### Extra Pay Details

| Type | Reference Code | Note | Current | YTD |
|---|---|---|---|---|
| | | Totals | $0.00 | $0.00 |

### Taxes                                                          State ID: 222-799-226/000

| Type | Current Pay Period Tax | Current Pay Period Wage | Year-to-Date Tax | Year-to-Date Wage |
|---|---|---|---|---|
| Federal | $22.17 | $380.00 | $141.29 | $1,824.00 |
| Social Security | $23.56 | $380.00 | $113.09 | $1,824.00 |
| Medicare | $5.51 | $380.00 | $26.45 | $1,824.00 |
| State (NJ) | $5.70 | $380.00 | $27.36 | $1,824.00 |
| NJ-FLI-EE | $0.30 | $380.00 | $1.46 | $1,824.00 |
| NJ-SDI-EE | $0.65 | $380.00 | $3.10 | $1,824.00 |
| NJ-UIWF-EE | $1.62 | $380.00 | $7.76 | $1,824.00 |
| PA-Wilson EIT | $3.80 | $380.00 | $18.24 | $1,824.00 |
| Totals | $63.31 | | $338.75 | |

### Deductions

| Type | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|
| Totals | $0.00 | $0.00 | $0.00 | $0.00 |

### Hour Benefits

| Type | Account Number | Calculation | Amount |
|---|---|---|---|
| Direct Deposit | XXXXXX8224 | Balance | $316.69 |
| | | NET | $316.69 |

Powered By: TRAXPayroll.com

Pay Code: 1441-163913-2304-294638-4624026

2/21/2019

Please note: Deposit reversals cannot be performed on pay cards

| Brad & Kim Dalrymple, Inc. | **Earnings Statement** | Period Start: | 02/16/2019 |
|---|---|---|---|
| | Denise Rooks | Period End: | 02/28/2019 |
| 2700 Belvidere Road | 2336 Front Street | Pay Date: | 03/08/2019 |
| Phillipsburg, NJ 08865 | Easton, PA 18042 | Federal W/H: | M-S-0 |
| | | State W/H: | NJ-MJ-0 |
| | | Employee ID: | 120587 |
| Company Phone: 908-859-3215 | | | |

## Earnings - Semi-monthly        FEIN: 222799226

### Regular Hours Detail

| Type | Hours | Rate | Current | YTD | Hour Type | | Hours |
|---|---|---|---|---|---|---|---|
| Taxable | | | | | Regular | | 28.00 |
| Regular | 28.00 | $19.00 | $532.00 | $2,356.00 | | Total | 28.00 |
| Taxable Sub Totals | 28.00 | | $532.00 | $2,356.00 | | | |

## Extra Pay Details

| Type | Reference Code | Note | Current | YTD |
|---|---|---|---|---|
| | | Totals | $0.00 | $0.00 |

## Taxes                                                            State ID: 222-799-226/000

| | Current Pay Period | | Year-to-Date | |
|---|---|---|---|---|
| Type | Tax | Wage | Tax | Wage |
| Federal | $37.37 | $532.00 | $178.66 | $2,356.00 |
| Social Security | $32.98 | $532.00 | $146.07 | $2,356.00 |
| Medicare | $7.71 | $532.00 | $34.16 | $2,356.00 |
| State (NJ) | $7.98 | $532.00 | $35.34 | $2,356.00 |
| NJ-FLI-EE | $0.43 | $532.00 | $1.89 | $2,356.00 |
| NJ-SDI-EE | $0.90 | $532.00 | $4.00 | $2,356.00 |
| NJ-UIWF-EE | $2.26 | $532.00 | $10.02 | $2,356.00 |
| PA-Wilson EIT | $5.32 | $532.00 | $23.56 | $2,356.00 |
| Totals | $94.95 | | $433.70 | |

## Deductions

| Type | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|
| Totals | $0.00 | $0.00 | $0.00 | $0.00 |

## Hour Benefits

| Type | Account Number | Calculation | Amount |
|---|---|---|---|
| Direct Deposit | XXXXXX8224 | Balance | $437.05 |
| | | NET | $437.05 |

Powered By: TRAXPayroll.com        Pay Code: 1441-163913-2304-294639-4706854        3/6/2019

Please note: Deposit reversals cannot be performed on pay cards