UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| JOHN A. ROOKS, SR.<br>DENISE R. ROOKS | |
| | : Chapter 13 |
| Debtor(s) | : Bankruptcy No. 19-12356ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: 10/11/19

Eric L. Frank,
U.S. Bankruptcy Judge