United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12356-elf
John A. Rooks, Sr.                                                    Chapter 13
Denise R. Rooks
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 2                Date Rcvd: Oct 15, 2019
                              Form ID: pdf900          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
```
db/jdb         +John A. Rooks, Sr.,   Denise R. Rooks,    2336 Front Street,    Easton, PA 18042-6044
smg            +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
14306328       +Amazon.com,   Chase Bank,   P.O. Box 15298,   Wilmington, DE 19850-5298
14306330       +Best Buy,   Retail Services,   P.O. Box 5893,    Carol Stream, IL 60197-5893
14306340      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  The Home Depot,    P.O. Box 653000,   Dallas, TX 75265)
14324065       +Chase Bank USA, N.A.,   c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
                 Addison Texas 75001-9013
14306331       +CitiCard,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
14306332       +Financial Recoveries,   P.O. Box 1022,   Wixom, MI 48393-1022
14306333       +Finegan Eye Associates,   236 Roseberry Street,    Phillipsburg, NJ 08865-1632
14333440       +M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
14306335       +Morris Anesthesia Group,   P.O. Box 4640,   Rutherford, NJ 07070-0464
14343021       +NORTHEASTERN ANESTHESIA PHYSICIANS,   24 SOUTH 18TH STREET,    ALLENTOWN, PA 18104-5622
14341212       +PNC BANK NATIONAL ASSOCIATION,   c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14306336       +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14345563       +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
14306337       +Santander Bank,   P.O. Box 12646,   Reading, PA 19612-2646
14306338       +St. Lukes Emergency Physician Spec.,   P.O. Box 5227,    Bethlehem, PA 18015-0227
14306339       +St. Lukes Physician Group,   P.O. Box 5386,   Bethlehem, PA 18015-0386
14306342       +Wells Fargo Financial Cards,   3201 North 4th Avenue,    Sioux Falls, SD 57104-0700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2019 04:13:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 04:03:49     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14344096        E-mail/Text: ally@ebn.phinsolutions.com Oct 16 2019 04:11:48     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
14306329       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 16 2019 04:13:28
                 Berks Credit & Collections,   P.O. Box 329,   Temple, PA 19560-0329
14306334        E-mail/Text: camanagement@mtb.com Oct 16 2019 04:12:47     M&T Bank,   P.O. Box 62085,
                 Baltimore, MD 21264
14345733        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 04:06:13
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14338131        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2019 04:13:00
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14307044       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 04:06:10     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14306341       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 04:03:48     WalMart,   P.O. Box 981416,
                 El Paso, TX 79998-1416
                                                                                              TOTAL: 9
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
NONE*          +PNC Bank N.A,   PO Box 94982,   Cleveland, OH 44101-4982
cr*            +PNC Bank, N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4         User: Antoinett          Page 2 of 2              Date Rcvd: Oct 15, 2019
                             Form ID: pdf900          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor John A. Rooks, Sr. dsgatn@rcn.com,
               r46641@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

JOHN A. ROOKS, SR.
DENISE R. ROOKS
                                                : Chapter 13

         Debtor(s)                              : Bankruptcy No. 19-12356ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: 10/11/19                               _____
                                             Eric L. Frank,
                                             U.S. Bankruptcy Judge